# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-156

$383,456.21 IN U.S. CURRENCY SEIZED FROM WELLS FARGO,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated May 25, 2021 granting the United States of America's Motion for Final Order of Forfeiture (hereinafter referred to as "USA"), Judgment is hereby entered pursuant to the Federal Rules of Civil Procedure Rule 58 with the following terms and conditions:
1. The Defendant Currency is hereby forfeited to the USA, and all right, title, claim and interest to the Defendant Currency by the Claimants and their heirs, successors, and assigns, and all other persons and entities are vested in the USA;
2. The Claimants and their heirs, successors, and assigns, and all other persons and entities having any right, title, claim to or interest in the Defendant Currency are forever barred from asserting a claim against the Defendant Currency; and
3. The United States Marshals Service or an authorized designee shall make arrangements to dispose of the Defendant Currency according to law and regulatory procedures.
   This case stands closed.

05/25/2021
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Sabalza*
(By) Deputy Clerk